```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CIVIL ACTION NO. 1:03-cv-189(DCB)

GEORGE ANTHONY MARTIN

## FINAL JUDGMENT

This cause having come before the Court on the defendant George Anthony Martin's motion to vacate sentence pursuant to 28 U.S.C. § 2255, also filed in criminal no. 1:01cr82(Br)(G), and the motion having been denied in a Memorandum Opinion and Order of even date herewith, dismissing this action in its entirety; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 21st day of November, 2005.

```
                         s/David Bramlette
                    UNITED STATES DISTRICT JUDGE
```